THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In
The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth M. Tucker, Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No.2009-UP-046
 Submitted December 1, 2008  Filed January
15, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia.
 Deputy
 Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr.,
 Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Kenneth M. Tucker appeals the revocation of his probation,
 arguing the trial court erred by revoking his probation without making a
 finding that his failure to pay fees was willful.  After
 a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406
 S.E.2d 357 (1991), we dismiss Tuckers appeal
 and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.  
WILLIAMS,
PIEPER, and GEATHERS, JJ., concu

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.